

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 

**FILED**
MAY 26 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

No. _____

1:16-cv-05643
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox

**PLAINTIFF WAVE 3 LEARNING, INC.'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Wave 3 Learning, Inc. ("Wave 3") makes the following Fed. R. Civ. P. 7.1 disclosures:

1. Wave 3 has no parent corporations.

2. Wave 3 is not a publicly-held corporation or an otherwise publicly-held entity.

3. 10% or more of the company's stock is not owned by a publicly-held corporation or an otherwise publicly-held entity.

Respectfully Submitted,

Date: May 26, 2015

/s/ Daliah Saper
Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
(312) 527-4100
ds@saperlaw.com