IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Wave 3 Learning, Inc. <br>    Plaintiff | ) <br> ) <br> ) | Case No: 16cv5643 |
| v. | ) <br> ) | Judge: James B. Zagel |
| AVKO Educational <br> Research Foundation, Inc. <br>    Defendant | ) <br> ) <br> ) | |

### ORDER

Emergency Motion hearing held. Plaintiff's Motion for Entry of a Rule to Show Cause is granted. Defendant is held in civil contempt for violating the Court's July 21st Order. The Court is imposing a fee on Defendant for each day that Mr. McCabe and Defendant do not comply with the Court's Temporary Restraining Order issued on 7/21/16. The fee shall be $3,000 per day for the first 5 days, $6,000 per day for the next 7 days, and $10,000 per day for the following 7 days unless or until Defendant is in compliance with the Court's Order. Plaintiff is awarded attorneys' fees and costs incurred in filing and appearing on its Motion for a Rule to Show Cause. Further relief may be granted if Defendant remains in non-compliance with the law. Hearing previously set for 8/2/16 at 9:30 a.m. before Judge Darrah will stand. The Clerk is directed to unseal this matter in its entirety, with the exception of Exhibit "A" attached to Plaintiff's Complaint, as it contains the confidential Settlement Agreement executed on 2/24/16.

(T: 15)

Date: 7/26/16                          /s/ James B. Zagel