UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., ) <br> ) <br> Plaintiff, ) <br> ) Case No. 16-cv-5643 <br> v. ) <br> ) Judge John W. Darrah <br> AVKO EDUCATIONAL RESEARCH ) <br> FOUNDATION, INC., ) <br> ) <br> Defendant. ) | |

## **ORDER**

Status hearing set for 8/2/16 is re-set to 8/16/16 at 9:30 a.m.

Date: 7/28/2016                                             /s/ John W. Darrah