16-cv-05643    WAVE 3 LEARNING VS. AVKO EDUCATIONAL RESEARCH

DOCUMENTS FILED BY MR. McCABE PER JUDGE THARP'S AUTHORIZATION

**FILED**

AUG 02 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case: 1:16-cv-05643 Document #: 23 Filed: 08/02/16 Page 2 of 7 PageID #:83

| 5 Titles | 24 | $131.70 |

Exodus Books, 18321 McLoughlin Blvd., Milwaukie, OR 97267
bookmaster@exodusbooks.com
(503) 655-1951

**Don McCabe** <donmccabe1@gmail.com>  Thu, Jul 28, 2016 at 8:05 PM
To: Exodus Books Vendor Information <vendorinfo@exodusbooks.com>

Dear Eli,

I regret that I have to tell you that AVKO cannot legally fill this order. Nor can I legally explain why AVKO cannot.

Perhaps on August 5th I will be able to tell you where you may send this purchase order.

May God smile on you today.

Don McCabe, President and Research Director Emeritus,
AVKO Educational Research Foundation
3084 Willard Road Birch Run, MI 48415-9404
Phone: (810) 686-9283   Fax: (810) 686-1101
[Website] http://www.avko.org

[Quoted text hidden]

                                          Don McCabe <donmccabe1@gmail.com>

## Exodus Books PO #6057
2 messages

**Exodus Books Vendor Information** <vendorinfo@exodusbooks.com>        Thu, Jul 28, 2016 at 5:52 PM
To: webmaster@avko.org



**Exodus Books**                                              Phone: (503) 655-1951
18321 McLoughlin Blvd., Milwaukie, OR 97267                   E-mail: bookmaster@exodusbooks.com

Hello,

We'd like to place this PO, please.

Thanks!
Eli Evans
Exodus Books

# Purchase Order

Date:         7/28/2016                AVKO Educational Research Foundation
P.O. #:       6057                     3084 Willard Road
Grand Total:  $131.70                  Birch Run, MI 48415-9404

## Bill To                              ## Ship To

Exodus Books                            Eli Evans
18321 McLoughlin Blvd.                  Exodus Books
Portland, OR 97267                      18321 SE McLoughlin Blvd.
                                        Portland, OR 97267

| Code | Title | Quantity | Rate | Total |
| --- | --- | --- | --- | --- |
| 9781564001788 | Sequential Spelling - Student Response Book | 12 | $1.50 | $18.00 |
| 9781564009654 | Sequential Spelling 5 for Home Study Learning | 1 | $7.47 | $7.47 |
| 9781564009616 | Sequential Spelling 1 for Home Study Learning | 7 | $7.47 | $52.29 |
| 9781564000804 | Sequential Spelling 1 - DVD | 1 | $13.50 | $13.50 |
| 9781935943037 | It Is Up To Me | 3 | $13.48 | $40.44 |

# AVKO Educational Research Foundation, Inc
## Sales by Customer Summary
July 21 - 31, 2016

| | Jul 21 - 31, 16 |
|---|---:|
| Anderson, Rachel ( IL.) | 66.00 |
| Bagg, Laura | 14.00 |
| Branstetter, Carol | 14.00 |
| Cannenpasse, C | 35.00 |
| Clontz, Kimberly | 31.00 |
| Cooper, Jessica | 10.00 |
| Cosman, Donna | 14.00 |
| Cox, Melissa | 31.00 |
| Dunn, Adam | 10.00 |
| Elliott, Daniel | 14.00 |
| English, Lenita | 25.00 |
| Hannum, Kystyna | 68.50 |
| Harmon, Leslie | 5.00 |
| Johnson, Ann | 14.00 |
| Kaufman, Katie | 50.00 |
| Lasher, Heather | 43.50 |
| Leonard, Adam | 56.00 |
| Ly, S. | 10.00 |
| Manswell, Barbara | 83.28 |
| Marsh, Denise | 25.00 |
| Nagel, Brandi | 10.00 |
| Reeves, Meghann | 4.00 |
| Roark, Letitia | 10.00 |
| Shelton, Deborah | 56.00 |
| Snyder, Elisa | 74.00 |
| Van Graan, Carel J | 14.00 |
| Van Huyssteen, Lucien | 14.00 |
| VanDuyne, Dan | 50.00 |
| Walker, Denise | 110.00 |
| Weaver, Hannah M | 93.50 |
| **TOTAL** | **1,054.78** |

Case: 1:16-cv-05643 Document #: 23 Filed: 08/02/16 Page 5 of 7 PageID #:86



Don McCabe <donmccabe1@gmail.com>

## Return of Purchase Order # 168368
1 message

**Don McCabe** <donmccabe1@gmail.com>  Fri, Jul 29, 2016 at 9:22 AM
To: vkrost@rainbowresource.com, Elisa_Perez@ilnd.uscourts.gov, Brian Noack <Briann@wonoip.com>, RobertM195 <RobertM195@aol.com>

We regret having to return your check for $1,360.00 along with your purchase order. We currently cannot legally sell to non-individuals. At the moment there is no publisher licensed to sell those books to distributors, as AVKO was ordered by Judge Zagel (16cv5643) to terminate all licenses and we have done just that.

We do hope that within a week or so we may be able to give you the name of a publisher from whom you may purchase those books.

May God smile on you today.

Don McCabe, President and Research Director Emeritus,
AVKO Educational Research Foundation
3084 Willard Road Birch Run, MI 48415-9404
Phone: (810) 686-9283  Fax: (810) 686-1101
[Website] http://www.avko.org

RAINBOW RESOURCE CENTER, INC.     145634

DATE 7/21/16

CHECK NUMBER

PURCHASE ORDER # 168368

---

**RAINBOW RESOURCE CENTER, INC.**
655 TOWNSHIP ROAD 500 E
TOULON, IL 61483
309-695-3200

**THE KEWANEE BANK**
A BRANCH OF STATE BANK OF TOULON
KEWANEE, ILLINOIS 61443

70-798/711

145634
CHECK NO.

ONE THOUSAND THREE HUNDRED SIXTY AND NO/100 DOLLARS

VOID

PAY TO THE ORDER OF

AVKO Educational Research Foundatn
Don McCabe
3084 Willard Rd.
Birch Run, MI 48415-9404

DATE JUL 21, 2016    AMOUNT 1,360.00

*Bob Schneider*
AUTHORIZED SIGNATURE

⑆145634⑆ ⑈071107987⑈ ⑆70000⑉01067⑈

# RAINBOW RESOURCE CENTER, INC.

BILL TO: 655 TOWNSHIP ROAD 500 E   SHIP TO: 5134 DUNCAN ROAD
TOULON, IL   61483
(309)695-4621   /   FAX (309)695-3042
vkrost@rainbowresource.com

P.O. #168368

July 21, 2016

Account #:

AVKO Educational Research Foundatn
Don McCabe
3084 Willard Rd.
Birch Run, MI   48415-9404

PREPAID; UPS #5WX205

Page   1 of   1

FAX:   (810)686-1101

PHONE:   (866)285-6612

| ITEM # | DESCRIPTION | QTY | NET | EXT |
|---|---|---|---|---|
| 1-56400-004-4 | To Teach A Dyslexic | 5 | 6.00 | 30.00 |
| 301 | Sequential Spelling Level 1 AVKO Original | 20 | 6.00 | 120.00 |
| 302 | Sequential Spelling Level 2 AVKO Original | 10 | 6.00 | 60.00 |
| 303 | Sequential Spelling Level 3 AVKO Original | 15 | 6.00 | 90.00 |
| 304 | Sequential Spelling Level 4 AVKO Original | 10 | 6.00 | 60.00 |
| 305 | Sequential Spelling Level 5 AVKO Original | 15 | 6.00 | 90.00 |
| 306 | Sequential Spelling Level 6 AVKO Original | 10 | 6.00 | 60.00 |
| 307 | Sequential Spelling Level 7 AVKO Original | 10 | 6.00 | 60.00 |
| 310 | Sequential Spelling Stdnt Rspnse AVKO Orig. | 70 | 4.00 | 280.00 |
| 350 | Sequential Spelling for Adults | 10 | 6.00 | 60.00 |
| 361 | Sequential Spelling 1 DVD (Version 2.5) | 20 | 12.00 | 240.00 |
| 362 | Sequential Spelling 2 DVD (Version 2.5) | 15 | 12.00 | 180.00 |
| 400 | Individual Keyboarding | 5 | 6.00 | 30.00 |
| | UNITS: | 215 | NET: | 1,360.00 |
| | CHECK ENCLOSED: | | | 1,360.00 |