UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Wave 3 Learning, Inc.

Plaintiff,

v.  Case No.: 1:16−cv−05643
Honorable John W. Darrah

AVKO Educational Research Foundation, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 2, 2016:

MINUTE entry before the Honorable John J. Tharp, Jr:Mr. McCabe, chief executive of defendant AVKO, appeared to inform the Court of defendant's compliance with the Court's Order [21] issued by Judge Zagel. No hearing held in the absence of a properly noticed motion. Mr. McCabe is given authorization by Judge Tharp to file the documents submitted in open court with the Clerk's office. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.