THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation,<br><br>      Defendant. | No. 16-cv-5643<br><br>Emergency Judge James B. Zagel |

**EMERGENCY MOTION FOR ENTRY OF RULE TO SHOW CAUSE WHY
DEFENDANT AVKO EDUCATIONAL RESEARCH FOUNDATION, INC. AND DON
MCCABE SHOULD NOT BE HELD IN FURTHER CONTEMPT OF COURT**

  Plaintiff, WAVE 3 LEARNING, INC. (hereinafter "Wave 3"), by and through its attorneys, and pursuant to Fed. R. Civ. Pro. 70 and Northern District of Illinois Local Rules 37.1 and 77.2, hereby moves that this Court find Defendant AVKO EDUCATIONAL RESEARCH FOUNDATION, INC. ("AVKO"), as well as individual Don McCabe ("Mr. McCabe"), in civil contempt of court based on their continued failure to comply with the Temporary Restraining Order ("TRO") entered by this Court on July 21, 2016 and this Court's Contempt Order issued on July 26, 2016. In support, Plaintiff states as follows:

  **I.  RULE TO SHOW CAUSE**

  In *Oxford Capital Ill., LLC v. Sterling Payroll Fin.*, LLC, No. 01 C 1173, 2001 U.S. Dist. LEXIS 19246 (N.D. Ill. Nov. 26, 2001) the Court held:

> A court's civil contempt power rests in its inherent limited authority to enforce compliance with court orders and ensure that judicial proceedings are conducted in an orderly manner. *Jones v. Lincoln Electric Co.,* 188 F.3d 709, 737 (7th Cir. 1999). A court may impose sanctions for civil contempt in order to coerce compliance with a court order or to compensate a complainant for her loss

as a result of the contemptor's non-compliance. *Grove Fresh Distrib., Inc. v. John LaBatt Ltd.*, 888 F. Supp. 1427, 1435 (N.D. Ill. 1995), aff'd., 134 F.3d 374 (7th Cir. 1998). Where compensation is intended, a fine may be imposed payable to the complainant. *Connolly v. J.T. Ventures*, 851 F.2d 930, 932 (7th Cir. 1988). Courts have broad discretion in choosing the means to grant such relief, and compensation may include an award of attorney's fees and costs for preparing and prosecuting a contempt petition. *Grove Fresh*, 888 F. Supp. at 1436. Where the court seeks to remedy ongoing disobedience with an order, a civil fine may be imposed as a coercive sanction against the contemptor that can be purged through full, timely compliance with the order. *International Union, United Mine Workers of America v. Bagwell*, 512 U.S. 821, 829-30, 129 L. Ed. 2d 642, 114 S. Ct. 2552 (1994). In order to support a finding of civil contempt, "the district court must be able to point to a decree from the court which set[s] forth in specific detail an unequivocal command which the party in contempt violated." *Jones*, 188 F.3d at 738; see also *United States v. Dowell*, 257 F.3d 694 (7th Cir. 2001). Unlike criminal contempt proceedings which require a jury trial and contemplate punitive sanctions, a court is authorized to impose civil contempt sanctions upon the court's own finding that a party has violated the court's unequivocal command by clear and convincing evidence. *Dowell*, 257 F.3d at 699.

## II. THE TEMPORARY RESTRAINING ORDER

On July 21, 2016, this Court entered a Temporary Restraining Order ("TRO") specifically enjoining and restraining Defendant AVKO and all those in active concert or participation with same from, among other things:

- Selling to non-individuals Sequential Spelling Levels 1-7 material and all derivatives thereof in contravention of Wave 3's Learning, Inc.'s exclusive license to such material;

- Licensing others persons or entities to sell to all persons and entities, and continuing to license other persons or entities to sell to all persons and entities, Sequential Spelling Levels 1-7 material and all derivatives thereof in contravention of Wave 3's Learning, Inc.'s exclusive license to such material; and

- Misrepresenting to third parties its rights and Wave 3 learning, Inc.'s rights to Sequential Spelling Levels 1-7 material and all derivatives thereof in contravention of Wave 3's Learning, Inc.'s exclusive license to such material.

Counsel for Wave 3 sent AVKI (via an email to Mr. Don McCabe) the TRO on Thursday, July 21, 2016.

**III. ORDER OF CONTEMPT**

On July 22, 2016, Don McCabe, still holding himself out as President of AVKO, sent Wave 3 President Thomas Morrow an email stating that AVKO was hereby terminating its license to Wave 3 (in direct violation of the Settlement Agreement) and representing that AVKO would on August 4, 2016, "re-license to JJH Publishing" the "classic version of Sequential Spelling 1-7" in direct violation of the plain words of the Settlement Agreement. Mr. McCabe cc'd Joe Hipps, President of JJH Publishing, on this email.

In this email, therefore, Mr. McCabe—holding himself out as President of AVKO—misrepresented to a third party (Joe Hipps/JJH Publishing) that AVKO has the power under the Settlement Agreement to unilaterally terminate (and did terminate) Wave 3's exclusive license. Mr. McCabe also misrepresented to a third party (Joe Hipps/JJH Publishing) that after August 4, 2016, AVKO would have the power to negotiate a "re-license" of the "classic version of Sequential Spelling 1-7" to JJH Publishing. Under the Settlement Agreement, AVKO does not have the power to license the "classic version of Sequential Spelling 1-7" to JJH Publishing or any other person or entity. AVKO, through Mr. McCabe, mispresented the terms of the Settlement Agreement in direct violation of the TRO entered on July 21, 2016.

Consequently, on July 26, 2016, this Court held AVKO and Mr. McCabe in contempt of Court for violating the Court's June 21st Temporary Restraining Order. The Court ordered a schedule of fees to be imposed for each day AVKO and Mr. McCabe failed to comply with the Order. The Court also stated that "further relief may be granted if Defendant remains in non-compliance with the law."

IV.   **CONTINUED BREACH OF TRO**

In response to a June 27th email sent from Mr. McCabe, counsel for Plaintiff sent Mr. McCabe a detailed email on July 28th explaining exactly what he and AVKO should do to be in compliance with the Court's TRO.  *See* Exhibit A.  In this email, Plaintiff's counsel makes it clear that "AVKO cannot terminate its exclusive license to Wave 3 and Judge Zagel did not order AVKO to do so" and that "[a]ny representations you make to third parties that AVKO terminated Wave's license or that Judge Zagel ordered you to do so constitutes non-compliance with the TRO and Judge Zagel's Contempt Order."  *See* Exhibit A.

Nevertheless, on Friday, July 29, 2016 (just one day later), Mr. McCabe—as an agent of AVKO)—misrepresented to Rainbow Resource Center, Inc. (a third-party distributor) that "at the moment there is no publisher licensed to sell those books [the Sequential Spelling material exclusively licensed to Wave 3] to distributors."  *See* Exhibit B.  This is false and misrepresents Wave 3's rights to the works under the Settlement Agreement.  Under the Settlement Agreement, Wave 3 possesses the exclusive license to the works at issue.  Judge Zagel did not order AVKO to terminate Wave 3's license.  This is a false, self-serving statement that further damages the marketplace, further causes confusion as to who has rights to the materials at issue, and further harm's Wave 3's goodwill and professional reputation.

Additionally, Mr. McCabe, implying that AVKO will have the rights to license the works after the TRO expires on August 4, 2016, not-so-subtly told Rainbow Resource it would "give [it] the name of a publisher from whom you may purchase those books" next week and told Exodus Books that "on August 5th I will be able to tell you where you may send this purchase order."  *See* Exhibit B.  Again, this is false and misrepresents Wave 3's rights to the works under the Settlement Agreement.  In the February 24th Settlement Agreement, AVKO granted to Wave

4

3 an exclusive license to the works at issue. Mr. McCabe and AVKO know exactly who Exodus Books and Rainbow Resource should send the purchase orders to: Wave 3 Learning, Inc. And counsel for Wave 3 made it clear in her July 28th email to Mr. McCabe that AVKO should tell distributors, "for all future purchases of Sequential Spelling material Levels 1-7 and all derivatives thereof, please contact Wave 3 Learning, Inc." *See* Exhibit A. But Mr. McCabe believes AVKO will be able to re-license the works to third party distributors once the TRO expires. These misrepresentations continue to immensely harm Wave 3's business and continue to decimate the market for Sequential Spelling. The Court must intervene.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter the following relief in favor of WAVE 3 LEARNING, INC. and against AVKO EDUCATION RESEARCH FOUNDATION, INC.:

(1) Again hold Defendant AVKO in civil contempt for violating the Court's July1st Order;

(2) Direct AVKO generally and Mr. Don McCabe specifically to comply with the Court's July 21st Order;

(3) Fine AVKO for each day that it fails to comply with the Court's July 21st Order, in a sum not to exceed $20,000 a day;

(4) Award Wave 3 its attorney's fees and costs incurred in making this motion; and

(5) Grant any and all other relief deemed justified by the Court.

Respectfully Submitted,

/s/ Daliah Saper
Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, IL 60654

                                                     Office: 312.527.4100
                                                     ds@saperlaw.com

*Attorneys for Plaintiff*

Case: 1:16-cv-05643 Document #: 25 Filed: 08/02/16 Page 6 of 19 PageID #:95

# EXHIBIT A

Saper Law Mail - Fwd: Compliance                                      https://mail.google.com/mail/u/0/?ui=2&ik=f9eb5fc143&view=pt&q=d...



**Matt Grothouse <matt@saperlaw.com>**

## Fwd: Compliance

**Daliah Saper** <ds@saperlaw.com>                                                            Thu, Jul 28, 2016 at 6:44 PM
To: Don McCabe <donmccabe1@gmail.com>
Cc: RobertM195 <RobertM195@aol.com>, Joe Hipps <joehipps@jjhipps.com>, Matt Grothouse <matt@saperlaw.com>

Mr. McCabe,

The Settlement Agreement plainly and clearly provides that Wave 3 has an exclusive license to the titles of Sequential Spelling Levels 1-7 (both Teacher Guides and Student Response Books) *and* all derivatives thereof. This includes AVKO's classic versions *and* all derivatives (such as the online program and Wave 3's newly revised additions if you wish to consider them derivative works) once they make it through the approval process.  This license, which includes the rights to copy, distribute, publicly display, and make derivatives thereof, is a copyright license.   I believe your attorneys tried to explain this to you multiple times but you refused to accept it.

Second, AVKO cannot terminate its exclusive license to Wave 3 and Judge Zagel did not order AVKO to do so.  Any representations you make to third parties that AVKO terminated Wave's license or that Judge Zagel ordered you to do so constitutes non-compliance with the TRO and Judge Zagel's Contempt Order.

Third, AVKO cannot misrepresent to JJH Publishing that it can re-license the aforementioned material to it after Augusts 4th.  AVKO has no rights to do so under the Settlement Agreement and such a license directly violates Wave 3's exclusive license as set forth in the Settlement Agreement.  Continuing to represent to JJH Publishing that AVKO "may" re-license the aforementioned works after August 4th misrepresents AVKO's rights under the Settlement Agreement and therefore violates Judge Zagels TRO and Contempt Order.

To comply with the TRO, AVKO (and you as an agent of AVKO) must stop misrepresenting the terms of the Settlement Agreement. The below message to distributors will correct the standing misrepresentations:

----------------------------------------------------

To Whom It May Concern:

Since February 24, 2016, Wave 3 has owned an exclusive copyright license to Sequential Spelling works Levels 1-7 and all derivatives thereof. This includes AVKO classic editions, Wave 3's newly revised additions, and all other approved derivatives (such as online programs).

Unfortunately, AVKO Educational Research Foundation, Inc. ("AVKO") violated Wave 3's exclusive license by licensing the aforementioned Sequential Spelling works to JJH Publishing, which in turn sold those works to other distributors and individuals.  Consequently, any material purchased by you or other distributors from AVKO or from JJH Publishing after February 24, 2016 is unauthorized and infringing material.  The sale of such material to consumers, moreover, constitutes copyright infringement.  Please note that copyright infringement is a strict liability offense. This means you are liable for selling infringing works even if you thought you were purchasing authorized works.

On July 21, 2016, Judge James B. Zagel of the United States District Court for the Northern District of Illinois issued a Temporary Restraining Order  ("TRO") requiring AVKO  to "cease misrepresenting to third parties its rights and Wave 3's rights to the Sequential Spelling Levels 1-7 material and all derivatives thereof . . ." and temporarily restraining AVKO "and its officers, agents, servants, employees, and attorneys , and all those in active concert or participating with same (including JJH Publishing and any of its downstream distributors) . . . from selling to non-individuals, licensing other persons or entities to sell to all persons and entities, Sequential Spelling Levels 107 material and all derivatives thereof in contravention of Wave 3 Learning, Inc.'s exclusive license . . ."

For all future purchases of Sequential Spelling material Levels 1-7 and all derivatives thereof, please contact Wave 3 Learning, Inc.

Sincerely,

Don McCabe

------------------------------
This fairly reflects the rights of each party under the Settlement Agreement and corrects the lingering mispresentations.

Best,

Daliah Saper

On Wed, Jul 27, 2016 at 5:28 PM, Don McCabe <donmccabe1@gmail.com> wrote:
> Ms. Saper,
>
> You said,
>
> "To remedy its misrepresentations and the confusion resulting therefrom, AVKO should send an email to the following distributors correctly clarifying AVKO's rights and Wave 3's right to the above-described works: (1) JJH and Hipps, (2) Rainbow, (3) Sonlight/Inquisicorp, (4) Brighter Child, (5) Joy Center, (6) Wholesome Books, (7) CBD, (8) Heppner's Legacy, (9) Little Giant Steps, (10) Class Books, (11) Lifelong Learning/Children's, and (12) The Old Schoolhouse."
>
> **As we have stopped doing business with them, there is no need to send them emails, especially if I should get one comma out of place, you might claim I was misrepresenting. If you want to send me an exact wording for an email that you deem is correct with no misrepresentations and with the correct email addresses, I shall forward all of them on.**
>
> You said,
>
> "The Settlement Agreement plainly and clearly provides that Wave 3 has an exclusive copyright license to Sequential Spelling Levels 1-7 and all derivatives thereof. This includes AVKO classic editions, Wave 3's newly revised additions, and all derivatives (such as the online program) once they make it through the approval process."
>
> **The Settlement Agreement does say Wave 3 has an exclusive license to publish, it does not say copyright.  I dislike having to tell a lawyer what the meaning of the word *derivative* is. So, I won't. Just remember which came first and it was the classic versions. Only the *Student Workbooks for Wave 3 Inc. Sequential Spelling 1-7* are copyrighted by Wave 3.**
>
> You further stated:

"In this email, therefore, Mr. McCabe· holding himself out as President of AVKO·    misrepresented to a third party (Joe Hipps/JJH Publishing) that AVKO
has the power under the Settlement Agreement to unilaterally terminate (and did terminate) Wave 3's exclusive license."

First of all, both Wave 3 and JJHP were notified in the same email for the sake of efficiency and making sure both publishers were treated in the same manner. AVKO did not want to terminate either license, but this is what the Judge ordered based upon *your wishes*. You asked the judge to order AVKO to **terminate ALL licenses**. You could have in your TRO specifically exempted Wave 3, but you chose not to. Do you remember how you explained in a court document how important a word or phrase may be, such as "at least." Your phrase "holding himself out as President of AVKO" is a bit defamatory but to say that I was somehow representing that the settlement agreement gave me the power to terminate a license is a real stretch. The Court so ordered it, and I complied to the TRO.

You stated:

On July 22, 2016, Don McCabe, still holding himself out as President of AVKO, sent Wave 3 President Thomas Morrow an email stating that AVKO was hereby terminating its license to Wave 3 (in direct violation of the Settlement Agreement) and representing that AVKO would on August 4, 2016, "re-license to JJH Publishing" the "classic version of Sequential Spelling 1-7" in direct violation of the plain words of the Settlement Agreement.

You should check the **single email** again. The word was not "*would*." Because there was a possibility (depending upon the outcome of the August 2nd hearing) I only suggested the possibility of re-licensing to **both Wave 3 and JJH Publishing.** As there is not a single word about licensing or re-licensing in the Settlement Agreement, AVKO cannot possibly be in "direct violation of the plain words of the Settlement Agreement.

You wrote:
" Under the Settlement Agreement, AVKO does not have the power to license the "classic version of Sequential Spelling 1-7" to JJH Publishing or any other person or entity.    AVKO granted to Wave 3 an exclusive license to the above-described works.  AVKO has no rights to the works other than the ability to sell them to individuals."

First of all, I regret to have to remind an attorney, that the absence of mentioning the licensing of other AVKO materials which were not exclusively licensed to Wave 3 does not mean AVKO is prohibited from licensing them. Its right to license any and all AVKO materials other than that which was licensed to Wave 3 remains intact. And when you say "AVKO has no rights to the works" you are clearly wrong. If that were true, AVKO could not ever re-license Wave 3 to the publication of the book *To Teach a Dyslexic* or any of over thirty other books copyrighted by AVKO. That AVKO is now selling all of "its works" **only to individuals** is a matter of record.

May God smile on you today.

Don McCabe, President and Research Director Emeritus,
AVKO Educational Research Foundation
3084 Willard Road Birch Run, MI 48415-9404
Phone: (810) 686-9283   Fax: (810) 686-1101
[Website] http://www.avko.org

--
Daliah Saper
312.527.4100
www.saperlaw.com

**Get to know Saper Law**: http://youtu.be/Q2g0zprTiQI
**Book Daliah Saper**: http://youtu.be/P4h4bpuAKRQ

EXHIBIT B

United States District Court
Northern District of IL.

16-cv-05643    WAVE 3 LEARNING VS. AVKO EDUCATIONAL RESEARCH

DOCUMENTS FILED BY MR. McCABE PER JUDGE THARP'S AUTHORIZATION

*[signature: Donald McCabe]*

**FILED**

AUG 02 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| 5 Titles | 24 | $131.70 |

Exodus Books, 18321 McLoughlin Blvd., Milwaukie, OR 97267
bookmaster@exodusbooks.com
(503) 655-1951

**Don McCabe** <donmccabe1@gmail.com>  Thu, Jul 28, 2016 at 8:05 PM
To: Exodus Books Vendor Information <vendorinfo@exodusbooks.com>

Dear Eli,

I regret that I have to tell you that AVKO cannot legally fill this order. Nor can I legally explain why AVKO cannot.

Perhaps on August 5th I will be able to tell you where you may send this purchase order.

May God smile on you today.

Don McCabe, President and Research Director Emeritus,
AVKO Educational Research Foundation
3084 Willard Road Birch Run, MI 48415-9404
Phone: (810) 686-9283   Fax: (810) 686-1101
[Website] http://www.avko.org

[Quoted text hidden]



Don McCabe <donmccabe1@gmail.com>

## Exodus Books PO #6057
2 messages

**Exodus Books Vendor Information** <vendorinfo@exodusbooks.com>   Thu, Jul 28, 2016 at 5:52 PM
To: webmaster@avko.org



**Exodus Books**  
18321 McLoughlin Blvd., Milwaukie, OR 97267

Phone: (503) 655-1951  
E-mail: **bookmaster@exodusbooks.com**

Hello,

We'd like to place this PO, please.

Thanks!  
Eli Evans  
Exodus Books

# Purchase Order

Date: 7/28/2016  
P.O. #: 6057  
Grand Total: $131.70

AVKO Educational Research Foundation  
3084 Willard Road  
Birch Run, MI 48415-9404

## Bill To

Exodus Books  
18321 McLoughlin Blvd.  
Portland, OR 97267

## Ship To

Eli Evans  
Exodus Books  
18321 SE McLoughlin Blvd.  
Portland, OR 97267

| Code | Title | Quantity | Rate | Total |
| --- | --- | --- | --- | --- |
| 9781564001788 | Sequential Spelling - Student Response Book | 12 | $1.50 | $18.00 |
| 9781564009654 | Sequential Spelling 5 for Home Study Learning | 1 | $7.47 | $7.47 |
| 9781564009616 | Sequential Spelling 1 for Home Study Learning | 7 | $7.47 | $52.29 |
| 9781564000804 | Sequential Spelling 1 - DVD | 1 | $13.50 | $13.50 |
| 9781935943037 | It Is Up To Me | 3 | $13.48 | $40.44 |

# AVKO Educational Research Foundation, Inc
## Sales by Customer Summary
### July 21 - 31, 2016

|  | Jul 21 - 31, 16 |
|---|---:|
| Anderson, Rachel ( IL.) | 66.00 |
| Bagg, Laura | 14.00 |
| Branstetter, Carol | 14.00 |
| Cannenpasse, C | 35.00 |
| Clontz, Kimberly | 31.00 |
| Cooper, Jessica | 10.00 |
| Cosman, Donna | 14.00 |
| Cox, Melissa | 31.00 |
| Dunn, Adam | 10.00 |
| Elliott, Daniel | 14.00 |
| English, Lenita | 25.00 |
| Hannum, Kystyna | 68.50 |
| Harmon, Leslie | 5.00 |
| Johnson, Ann | 14.00 |
| Kaufman, Katie | 50.00 |
| Lasher, Heather | 43.50 |
| Leonard, Adam | 56.00 |
| Ly, S. | 10.00 |
| Manswell, Barbara | 83.28 |
| Marsh, Denise | 25.00 |
| Nagel, Brandi | 10.00 |
| Reeves, Meghann | 4.00 |
| Roark, Letitia | 10.00 |
| Shelton, Deborah | 56.00 |
| Snyder, Elisa | 74.00 |
| Van Graan, Carel J | 14.00 |
| Van Huyssteen, Lucien | 14.00 |
| VanDuyne, Dan | 50.00 |
| Walker, Denise | 110.00 |
| Weaver, Hannah M | 93.50 |
| **TOTAL** | **1,054.78** |



Don McCabe <donmccabe1@gmail.com>

# Return of Purchase Order # 168368

1 message

**Don McCabe** <donmccabe1@gmail.com>  Fri, Jul 29, 2016 at 9:22 AM
To: vkrost@rainbowresource.com, Elisa_Perez@ilnd.uscourts.gov, Brian Noack <Briann@wonoip.com>, RobertM195 <RobertM195@aol.com>

We regret having to return your check for $1,360.00 along with your purchase order. We currently cannot legally sell to non-individuals. At the moment there is no publisher licensed to sell those books to distributors, as AVKO was ordered by Judge Zagel (16cv5643) to terminate all licenses and we have done just that.

We do hope that within a week or so we may be able to give you the name of a publisher from whom you may purchase those books.

May God smile on you today.

Don McCabe, President and Research Director Emeritus,
AVKO Educational Research Foundation
3084 Willard Road Birch Run, MI 48415-9404
Phone: (810) 686-9283   Fax: (810) 686-1101
[Website] http://www.avko.org

RAINBOW RESOURCE CENTER, INC. 145634

DATE 7/21/16

CHECK NUMBER

PURCHASE ORDER # 168368

---

**RAINBOW RESOURCE CENTER, INC.**
655 TOWNSHIP ROAD 500 E
TOULON, IL 61483
309-695-3200

**THE KEWANEE BANK**
A BRANCH OF STATE BANK OF TOULON
KEWANEE, ILLINOIS 61443

70-798/711

145634
CHECK NO.

ONE THOUSAND THREE HUNDRED SIXTY AND NO/100 DOLLARS

**VOID**

DATE: JUL 21, 2016
AMOUNT: 1,360.00

PAY TO THE ORDER OF
AVKO Educational Research Foundatn
Don McCabe
3084 Willard Rd.
Birch Run, MI 48415-9404

Bob Schneider
AUTHORIZED SIGNATURE

⑈145634⑈ ⑆071107987⑆ ⑈70000⑈01067⑈

# RAINBOW RESOURCE CENTER, INC.

BILL TO: 655 TOWNSHIP ROAD 500 E   SHIP TO: 5134 DUNCAN ROAD
TOULON, IL   61483
(309)695-4621   /   FAX (309)695-3042
vkrost@rainbowresource.com

P.O. #168368

July 21, 2016

Account #:

AVKO Educational Research Foundatn
Don McCabe
3084 Willard Rd.
Birch Run, MI   48415-9404

PREPAID; UPS #5WX205

Page  1 of  1

FAX:  (810)686-1101

PHONE:  (866)285-6612

| ITEM # | DESCRIPTION | QTY | NET | EXT |
|---|---|---|---|---|
| 1-56400-004-4 | To Teach A Dyslexic | 5 | 6.00 | 30.00 |
| 301 | Sequential Spelling Level 1 AVKO Original | 20 | 6.00 | 120.00 |
| 302 | Sequential Spelling Level 2 AVKO Original | 10 | 6.00 | 60.00 |
| 303 | Sequential Spelling Level 3 AVKO Original | 15 | 6.00 | 90.00 |
| 304 | Sequential Spelling Level 4 AVKO Original | 10 | 6.00 | 60.00 |
| 305 | Sequential Spelling Level 5 AVKO Original | 15 | 6.00 | 90.00 |
| 306 | Sequential Spelling Level 6 AVKO Original | 10 | 6.00 | 60.00 |
| 307 | Sequential Spelling Level 7 AVKO Original | 10 | 6.00 | 60.00 |
| 310 | Sequential Spelling Stdnt Rspnse AVKO Orig. | 70 | 4.00 | 280.00 |
| 350 | Sequential Spelling for Adults | 10 | 6.00 | 60.00 |
| 361 | Sequential Spelling 1 DVD (Version 2.5) | 20 | 12.00 | 240.00 |
| 362 | Sequential Spelling 2 DVD (Version 2.5) | 15 | 12.00 | 180.00 |
| 400 | Individual Keyboarding | 5 | 6.00 | 30.00 |
| | UNITS: | 215 | NET: | 1,360.00 |
| | CHECK ENCLOSED: | | | 1,360.00 |