

# United States District Court
# Northern District of Illinois

In the Matter of

Wave 3 Learning, Inc.

v.

AVKO Educational Research Foundation, Inc.

District Judge James B. Zagel

Case No. 16-CV-5643

Designated Magistrate Judge
Susan E. Cox

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge James B. Zagel who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

**Judge John W. Darrah**

Date: Thursday, August 04, 2016

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge James B. Zagel.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Thursday, August 04, 2016

District Reassignment - By Agreement

- It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case is not required.

Thursday, August 04, 2016

_____
**James B. Zagel**

........................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: