UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Wave 3 Learning, Inc.

                        Plaintiff,

v.                                                Case No.: 1:16–cv–05643
                                                          Honorable James B. Zagel

AVKO Educational Research Foundation, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2016:

      MINUTE entry before the Honorable James B. Zagel: Motion hearing held. Plaintiff's Emergency Motion for Entry of a Rule to Show Cause Why Defendant AVKO Educational Research Foundation, Inc. and Don McCabe Should Not Be Held in Further Contempt of Court [25] is granted. Don McCabe is directed to appear in this matter on 8/8/16 at 12:00 p.m. in Judge Zagel's courtroom 2503. With respect to the fee schedule set forth in the Court's Order issued on 7/26/16 [21], the fees began accruing as of the date that the emergency motion was heard (7/26/16). Hearing set for 8/16/16 before Judge Darrah is stricken. This matter is reassigned in its entirety to Judge Zagel. Reassignment Order to follow. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.