# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Wave 3 Learning, Inc.

                                      Plaintiff,

v.                                                                   Case No.: 1:16–cv–05643
                                                                             Honorable James B. Zagel

AVKO Educational Research Foundation, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2016:

      MINUTE entry before the Honorable James B. Zagel: Hearing held. Preliminary Injunction Order to issue. Plaintiff's counsel shall submit a proposed order with respect to the fee schedule and Settlement Agreement as discussed on the record. No further status hearing date will be set at this time. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.