UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation,<br><br>        Defendant. | No. 16-cv-5643<br><br>Emergency Judge James B. Zagel |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff's Motion for Preliminary Injunction having been heard in open court on Monday, August 8, 2016, and again on Monday, August 15, 2016, and the Court having found that Plaintiff has demonstrated a strong likelihood on the merits, immediate and irreparable harm, an inadequate remedy at law, the balance of hardships in its favor, and clear public policy served by the injunction, **IT IS HEREBY ORDERED** that Defendant AVKO EDUCATIONAL RESEARCH FOUNDATION, INC. and its officers, agents, servants, employees, and attorneys, as well as MR. DON MCCABE individually, must and shall:

(1) immediately cease selling or licensing any Sequential Spelling material Levels 1-7 (or any variation or derivative thereof including DVD's) to any third party whatsoever;

(2) provide a full accounting (including all licenses, agreements, invoices, purchases orders, and royalty statements including but not limited to any from or to JJH) for all Sequential Spelling products licensed or sold since February 24, 2016;

(3) immediately remit past due royalty payments currently owed to Wave 3 (based on Wave 3's entitlement to 50% of the gross margins for sales of Sequential Spelling Level 1 material sold after February 24th);

(4) transfer at their own expense all remaining inventory of Sequential Spelling material Levels 1-7 (and derivatives thereof) it possesses or otherwise owns to Wave 3 Learning, Inc. no later than two weeks after the date this order is entered;

(5) cease creating new inventory of Sequential Spelling material Levels 1-7 (and any variation or derivative thereof);

(6) cease representing to third parties that Wave does not own an exclusive copyright license to Sequential Spelling material Levels 1-7 and any derivative thereof;

(7) cease representing to third parties that AVKO or any court of law has terminated Wave 3's exclusive license to the Sequential Spelling material as set forth in the February 24, 2016 Settlement Agreement between Wave 3 Learning, Inc. and Avko Educational Foundation, Inc.;

(8) provide the following response to all inquiries AVKO or Mr. McCabe receive about Sequential Spelling material:

> "Wave 3 Learning, Inc. has the exclusive license to sell and distribute Sequential Spelling material Levels 1-7 and all derivatives thereof. You can contact Wave 3 Learning, Inc. by email at thomas@wave3learning.com, by phone at 1-888-WAV-3LRN, or by visiting its website at sequentialspelling.com."

(9) add the following language to Avko's website (avko.org) next to any listing of Sequential Spelling material:

> "Wave 3 Learning, Inc. has the exclusive license to sell and distribute Sequential Spelling material Levels 1-7 and all derivatives thereof. You can contact Wave 3 Learning, Inc. by email at thomas@wave3learning.com, by phone at 1-888-WAV-3LRN, or by visiting its website at sequentialspelling.com."

(10) send the following email to all of AVKO's distributors, licensees, and customers:

> To Whom It May Concern:
>
> Since February 24, 2016, Wave 3 has owned an exclusive copyright license to Sequential Spelling works Levels 1-7 and all derivatives thereof. This includes AVKO classic editions, Wave 3's newly revised additions, and all other approved derivatives (such as online programs).
>
> Unfortunately, AVKO Educational Research Foundation, Inc. ("AVKO") violated Wave 3's exclusive license by licensing the aforementioned Sequential Spelling works to JJH Publishing, which in turn sold those works to other distributors and individuals. Consequently, any material purchased by you or other distributors from AVKO or from JJH Publishing after February 24, 2016 is unauthorized and infringing material. The sale of such material to consumers, moreover, constitutes copyright infringement. Please note that copyright infringement is a strict liability offense. This means you are liable for selling infringing works even if you thought you were purchasing authorized works.
>
> On July 21, 2016, Judge James B. Zagel of the United States

2

District Court for the Northern District of Illinois issued a Temporary Restraining Order ("TRO") requiring AVKO to "cease misrepresenting to third parties its rights and Wave 3's rights to the Sequential Spelling Levels 1-7 material and all derivatives thereof . . ." and temporarily restraining AVKO "and its officers, agents, servants, employees, and attorneys , and all those in active concert or participating with same (including JJH Publishing and any of its downstream distributors) . . . from selling to non-individuals, licensing other persons or entities to sell to all persons and entities, Sequential Spelling Levels 107 material and all derivatives thereof in contravention of Wave 3 Learning, Inc.'s exclusive license . . ." That temporary restraining order has now matured to a preliminary injunction.

For all future purchases of Sequential Spelling material Levels 1-7 and all derivatives thereof, please contact Wave 3 Learning, Inc.

Sincerely,

Don McCabe
President of Avko Educational Research Foundation, Inc.

IT IS SO ORDERED.

*James B. Zagel*

Hon. Judge James B. Zagel
United States District Judge

Date: August 15, 2016