# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, | |
| Plaintiff, | |
| v. | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, | Judge James B. Zagel |
| Defendant. | |

## ORDER FOR FINES, COSTS, AND ATTORNEY'S FEES

In accordance with the Court's Order issued on July 26, 2016, and as a result of Avko Educational Research Foundation, Inc.'s and Mr. Don McCabe's continued and uncorrected misrepresentations made to third parties after July 26, 2016 and until August 4, 2016, the Court hereby fines Mr. McCabe and Avko Educational Research Foundation, Inc. $45,000.00 and awards Wave 3 Learning, Inc. reasonable attorney's fees amounting to $6,492.50 for the legal work completed between July 22, 2016 and August 15th, 2016. Under the Court's discretion under FRCP 16(f), Avko Educational Research Foundation, Inc.'s total accrued fines and fees ($51,492.50) shall be subtracted from/partially offset the remaining $75,000.00 Wave 3 Learning, Inc. is obligated to pay Avko Educational Research Foundation, Inc. under the terms of the February 24, 2016 Settlement Agreement. The aforementioned fines and fees do not represent or encompass any damages stemming from claims in Wave 3 Learning, Inc.'s complaint or encompass the total amount of costs and attorney's fees incurred by Wave 3 Learning, Inc. to date.

**IT IS SO ORDERED.**

_James B. Zagel_

_____
Hon. Judge James B. Zagel
United States District Judge

Date: August 18, 2016