# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Wave 3 Learning, Inc.

                                        Plaintiff,

v.                                                Case No.: 1:16−cv−05643
                                                     Honorable James B. Zagel

AVKO Educational Research Foundation, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2016:

      MINUTE entry before the Honorable James B. Zagel: Hearing held on 10/13/16. Status hearing set for 10/18/16 is stricken. At the Court's instance, the status hearing and Plaintiff's Motion for Entry of Default [37] are entered and continued to 11/3/16 at 9:15 a.m. Counsel shall note that this is not the date discussed on the record. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.