UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| WAVE 3 LEARNING, INC., a Nevada Corporation, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Case No.: 2016-CV-05643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual, | ) ) ) ) ) | UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT |
| | ) | Judge Jorge L. Alonso |
| *Defendants.* | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

NOW COMES Defendants, AVKO and Don McCabe, by their attorneys of Cole Sadkin, LLC, respectfully request this honorable Court to grant an order extending the time in which to file a Joint Status Report, and in support thereof, states as follows:

1) On November 7, 2016, Defendants Don McCabe and AVKO Educational Research Foundation, Inc. retained Mason Cole as counsel. Counsel simultaneously filed an appearance for both Defendants.

2) On November 7, 2016, a Joint Status Report was due to be filed to Judge Jorge L. Alonso. On November 4, 2016, Plaintiff's counsel sent to Defendant Don

1

McCabe a completed draft of the Joint Status Report via electronic mail. The Plaintiff's counsel then informed Defendant at the the time that the report was due by Monday, November 7, 2016.

3) On November 7, 2016, counsel for the Defendants reached out to counsel for the Plaintiff, communicating the need for an extension of time, as the Defendant had just retained counsel. Plaintiff's counsel did not contest Defendants' delay, but requested that Defendants file this extension request.

4) On November 17, 2016, a Status Hearing is set before Judge Judge Jorge L. Alonso.

5) Neither party will be prejudiced if this Court enters an Order granting the extension to file a Joint Status Report.

6) The interests of justice will be further if the Court grants this brief extension.

WHEREFORE, Defendant respectfully requests that this Court enter an Order of Extension of Time to file a Joint Status Report on or before Friday, November 11, and for such further relief as this honorable Court deems to be just and equitable .

Date: November 8, 2016                                         Respectfully Submitted,

                                                               /s/Mason S. Cole_____

                                                               Mason Cole

Cole Sadkin, LLC
220 S. Clark, Suite 500
Chicago, IL 60603
mcole@colesadkin.com

2

(312) 548-8610
*Counsel for Plaintiff*
Firm ID: 49001

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing DEFENDANT'S MOTION FOR EXTENSION OF TIME was served via electronic mail and standard mail on or about this 8th day of November 2016, upon counsel for Plaintiffs at the following address:

Saper Law Offices
505 North LaSalle, Suite 350
Chicago, IL 60654
dsaper@saperlaw.com

By: /s/ Mason S. Cole
Mason Cole