# EXHIBIT B

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   WAVE 3 LEARNING, INC., a Nevada      )
     Corporation                          )
 4                                        )
                                          ) 16 CV 5643
 5       Plaintiff,                       )
                                          )
 6   vs.                                  )Chicago, Illinois
                                          )
 7   AVKO EDUCATIONAL RESEARCH FOUNDATION )
     INC., a Michigan corporation,        )  August 4, 2016
 8                                        )
         Defendant.                       )  9:50 a.m.
 9

10                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JAMES B. ZAGEL
11

12   For the Plaintiff:

13              SAPER LAW OFFICES, LLC
                BY: Matt Grothouse
14              505 North LaSalle
                Suite 350
15              Chicago, Illinois 60654
                (312) 527-4100
16
     For the Defendant:
17
                Not Present
18

19

20   Court reporter:

21              Blanca I. Lara, CSR, CP, RPR
                219 South Dearborn Street
22                    Room 2504
                Chicago, Illinois 60604
23                  (312) 435-5895

24

25
```

```
 1                  (Proceedings taken in open court:)
 2              THE CLERK:  Case number 16 CV 5643, Wave3 versus
 3     AVKO.
 4              MR. GROTHOUSE:  Good morning, Your Honor.
 5              Matt Grothouse on behalf of Wave3 Learning,
 6     Inc., plaintiff.
 7              THE COURT:  I don't know if you're aware of
 8     this, but there's a change in this case, and the change
 9     in this case is, I'm no longer the emergency judge.  I'm
10     the assigned judge for this case.  It's easier to work
11     through.
12              MR. GROTHOUSE:  Okay.
13              THE COURT:  So we're not going to have to worry
14     about where anybody else is in the courthouse other than
15     me.
16              MR. GROTHOUSE:  Okay.  So it's not going to be
17     transferred to Judge Darrah?
18              THE COURT:  No.
19              MR. GROTHOUSE:  Very good.
20              THE COURT:  Actually, Judge Darrah's case has
21     been transferred to me.
22              MR. GROTHOUSE:  Okay.  That makes sense.
23     Hopefully that will be more efficient for the future.
24              Just as background, obviously we're here on a
25     motion to show cause and find defendant and Mr. McCabe,
```

3

1 as an individual, in further contempt of court.

2 Your Honor suggested, after yesterday during the
3 hearing, that in light of Mr. McCabe's representation to
4 the Court that AVKO had retained counsel, that we move
5 the status date until today.

6 Plaintiff's counsel reached out to AVKO's
7 supposed attorney, Mr. Leon Teichner, and Mr. Teichner
8 informed us that he has not been retained by AVKO for
9 the purposes of this hearing. I'll just read the e-mail
10 into the record real quick. It just says August 3rd,
11 2016, at 1:07 p.m., Mr. Teichner just said:

12 "... Daliah, this is to confirm that I have
13 not been retained by AVKO to represent them
14 in this matter; although, I have had a
15 conversation with them."

16 In light of this fact and plaintiff's
17 misrepresentation to the court -- or, excuse me,
18 defendant's misrepresentation to the Court that AVKO is,
19 in fact, represented by counsel, we ask to proceed with
20 the motion to show cause and find the defendant and
21 Mr. McCabe in further contempt of court.

22 (Brief pause).

23 THE COURT: What do I have --

24 (Brief pause).

25 THE COURT: August 12th is a Friday?

4

1     THE CLERK: Yes. And you just have a couple of
2 things.
3     (Brief pause).
4     THE COURT: That date is set for the rule to
5 show cause.
6     MR. GROTHOUSE: August 12th?
7     THE COURT: Yes.
8     THE CLERK: 9:30 on that day.
9     MR. GROTHOUSE: Your Honor, I don't think that
10 I'll be able to change your mind about this, but I do
11 want to stress and just put on the record that it is
12 important that Wave3 deals with this immediately,
13 considering the fact that these distributors still do
14 not know where to buy this material. And actually, as
15 AVKO's own filings shows, Exodus Books and Rainbow Road
16 are continuing to go to AVKO to purchase this material
17 and not Wave3 and there's still confusion in the
18 marketplace.
19     Additionally --
20     THE COURT: Stop.
21     (Brief pause).
22     THE COURT: I have a sentencing on the 9th?
23     THE CLERK: Yes.
24     (Brief pause)
25     THE COURT: I think your suggestion is probably

5

1 | the better course of action.
2 | Noon on August 8th.
3 | MR. GROTHOUSE: Noon on August 8th, that works
4 | for us, Your Honor.
5 | One more thing just to clarify, Your Honor. I
6 | wasn't exactly sure by Your Honor's order of contempt,
7 | particularly when it comes to the schedule of fees.
8 | Your Honor suggested -- or mandated that there would be
9 | a 3-thousand-dollar per day fee, and then, after that,
10 | after five days it will go up to 6,000 and then it would
11 | go up to 10,000 after seven days.
12 | I was not clear whether or not that fee began on
13 | -- or would be back-dated to the first date that the TRO
14 | was entered into on July 21st, or whether or not that
15 | fee schedule would begin on July 26th when the order was
16 | entered, or whether that fee schedule will begin on
17 | July 27th when the order showed up on the electronic
18 | filing system.
19 | THE COURT: I will enter a short order with
20 | respect to that.
21 | MR. GROTHOUSE: Thank you, Your Honor. I
22 | appreciate it.
23 | THE COURT: That's it.
24 |
25 |

```
 1         MR. GROTHOUSE:  Have a good day.
 2
 3         (Which concluded the proceedings had on
 4         this date in the above entitled cause.)
 5
 6
 7              *    *    *    *    *    *    *    *
 8
 9
10   I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
11   FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
12                          MATTER
13
14        /s/Blanca I. Lara            January 31, 2017
15
```