UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and Don McCabe, an individual, ) ) ) ) | Hon. Jorge L. Alonso |
| Defendants. ) | |

**MOTION TO STAY CONSIDERATION OF DEFEDNANTS' MOTION TO SET ASIDE SETTLEMENT AGREEMENT**

Plaintiff Wave 3 Learning, Inc. ("Plaintiff" or "Wave 3"), by and through its undersigned counsel, asks the Court to stay consideration of Defendants' Motion To Set Aside Settlement Agreement in order to allow Defendants' counsel 21 days to withdraw his Motion in accordance with FRCP 11.

1. On February 21, 2017, Defendants' counsel (Mr. Mason Cole) filed a Motion To Set Aside Settlement Agreement.

2. Plaintiff asserts that Defendants' Motion violated FRCP 11 and on February 22, 2017, Plaintiff sent a formal to Defendants' counsel in accordance with FRCP 11, giving Mr. Cole notice of Plaintiff's intent to file Rule 11 Sanction against him.

3. Before further consideration of Defendants' Motion, therefore, Mr. Mason should be permitted 21 days to withdraw its Motion in accordance with FRCP 11. Accordingly, the

Court should not set response and reply dates to Defendants' Motion to Set Aside Settlement Agreement until March 15, 2017.

      WHEREFORE, for the foregoing reasons and reasons, Plaintiff respectfully requests that this honorable Court grant Plaintiff's Motion to Stay Defendants' To Set Aside Settlement Agreement.

                                                      Respectfully submitted,

Date: February 22, 2017                            /s/ Matthew R. Grothouse
                                                           Matthew R. Grothouse
                                                           Saper Law Offices, LLC
                                                           505 N. LaSalle Suite 350
                                                           Chicago, Illinois 60654
                                                           Attorney No. 6314834
                                                           matt@saperlaw.com
                                                           (312) 527-4100

                                                           *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and Don McCabe, an individual, | ) ) ) ) | Hon. Jorge L. Alonso |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the MOTION TO STAY CONSIDERATION OF DEFENDANTS' MOTION TO SET ASIDE SETTLEMENT AGREEMENT, any opposition thereto, and reply in further support thereof, it is hereby ORDERED that the Plaintiff's motion is granted, and that the Court will revisit Defendant's Motion on March 25, 2017.

FOR THE COURT

Date:_____                    _____
                                                            Judge Jorge L. Alonso
                                                            *United State District Court*
                                                            *for the Northern District of Illinois*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2017 the foregoing

**MOTION TO STAY CONSIDERATION OF DEFEDNANTS' MOTION TO SET ASIDE SETTLEMENT AGREEMENT**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Defendants' counsel of record:

Mason Cole
Cole Sadkin, LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
www.colesadkin.com
(312) 548-8610
mcole@colesadkin.com

*Attorneys for Defendants.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
ds@saperlaw.com
(312) 527-4100

*Attorneys for Plaintiffs.*