UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| WAVE 3 LEARNING, INC., a Nevada Corporation, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No.: 2016-CV-05643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | Judge Jorge L. Alonso |

## NOTICE OF MOTION

To: Daliah Saper
Saper Law Offices
505 North LaSalle, Suite 350
Chicago, IL 60654
dsaper@saperlaw.com

PLEASE TAKE NOTICE that on Wednesday March 1, 2017 at 9:30 a.m., per our conversation, the Honorable Jorge L. Alonso or any judge sitting in his stead in Courtroom 1219 of the Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, 60604, shall hear both the *Motion to Stay* and *Motion for Relief,* at which time and place you may appear.

1

Dated: February 24, 2017                                  Respectfully Submitted,

                                                          By: /s/ Mason S. Cole

Mason S. Cole
Cole Sadkin, LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
www.colesadkin.com
(312) 548-8610
mcole@colesadkin.com

## CERTIFICATE AND PROOF OF SERVICE

I, the undersigned, non-attorney, certify that the ***Motion to Stay*** and ***Motion for Relief*** was served via the CM/ECF on or about February 24, 2017 upon all counsel of record.


/s/Eric Gloyd_____
Eric Gloyd