# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Wave 3 Learning, Inc.

                Plaintiff,

v.

AVKO Educational Research Foundation, Inc., et al.

                Defendant.

Case No.: 1:16−cv−05643

Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Defendants' motion to set aside settlement agreement as invalid [63] is entered and continued to 3/15/17 at 9:00 a.m. Over Defendants' objection, Plaintiff's motion to stay consideration of Defendants' motion to set aside settlement agreement [65] is granted. Status hearing set for 3/15/17 at 9:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.