UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAVE 3 LEARNING, INC., a Nevada Corporation, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Case No.: 2016-CV-05643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual, | ) ) ) ) ) ) | Judge Jorge Alonso |
| *Defendants.* | ) | |

**STIPULATION AND ORDER**
**ALLOWING WITHDRAWAL OF DEFENDANTS' MOTION TO SET ASIDE THE SETTLEMENT AGREEMENT (D.E. 63)**

Now Comes Defendants, AVKO EDUCATIONAL RESEARCH FOUNDATION, INC. ("AVKO") and DONALD J. MCCABE ("McCabe") (collectively, the "Defendants") and for their Stipulation and Order Allowing the Withdrawal of Defendants' Motion to Set Aside the Settlement Agreement state as follows:

  1. On February 21, 2017, Defendants filed their Motion to Set Aside the Settlement Agreement.

  2. On February 22, 2017, Plaintiff filed its Motion to Stay regarding Defendants' Motion to Set Aside the Settlement Agreement.

  3. On March 1, 2017, Honorable Judge Jorge Alonso granted Plaintiff's Motion to Stay.

  IT IS ORDERED AND ADJUDGED.

  DONE AND ORDERED in Chicago, Illinois this 1st day of March, 2017.

                                              Honorable Jorge Alonso
                                              United States District Judge

AGREED:

| */s/* Mason S. Cole | */s/* (With Consent) |
|---|---|
| Mason S. Cole | Dalia Saper |
| Cole Sadkin, LLC | Matt Grothouse |
| 20 S. Clark Street, Suite 500 | Saper Law Offices |
| Chicago, IL 60603 | 505 N. LaSalle Drive, #350 |
| (312) 548-8610 | Chicago, IL 60654 |
| MCole@colesadkin.com | (312) 527-4100 |
| | dsaper@saperlaw.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 1, 2017, he caused the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: /s/Mason S. Cole
Mason S. Cole