## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Wave 3 Learning, Inc.

                                Plaintiff,

v.                                                                           Case No.: 1:16−cv−05643

                                                                                   Honorable Jorge L. Alonso

AVKO Educational Research Foundation, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2017:

       MINUTE entry before the Honorable Jorge L. Alonso: Hearing on Plaintiff's petition to show cause [71] held and continued to 10/19/17 at 2:00 p.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.