UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| WAVE 3 LEARNING, INC., a Nevada Corporation, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Case No.: 2016-CV-05643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual, | ) ) ) ) ) | Judge Jorge L. Alonso |
| *Defendants.* | ) | |

### DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S PETITION OF ENTRY FOR RULE TO SHOW CAUSE

**NOW COMES** Defendants, AVKO EDUCATIONAL RESEARCH FOUNDATION, INC. ("AVKO") and DONALD J. MCCABE ("McCabe") (collectively, the "Defendants"), by and through their undersigned counsel, COLE SADKIN, LLC, and respectfully request this honorable Court to dismiss the petition filed by Wave 3 Learning, Inc. ("Wave 3") on or about September 8, 2017. Fed. Docket No. 71. Defendants filed an initial response on or about September 25, 2017. Fed. Docket No. 76. As counsel for both parties have conferred continuously to ensure compliance, Defendants allege that Plaintiff's Petition is now moot. In support thereof, Defendants state as follows:

1

## PROCEDURAL HISTORY

On or about February 24, 2016, Plaintiff and Defendants previously signed a settlement agreement (the "Agreement") after attempting to resolve a dispute regarding sale and distribution of Sequential Spelling Materials.[1] On or about May 26, 2016, Plaintiff filed a Complaint alleging Defendants breached a variety of material elements of the Agreement. Defendants filed responsive pleadings, and the Parties are engaged in a parallel Motion for Summary Judgment requesting that this Court determine whether or not Defendants have breached the Agreement.[2] On or about September 11, 2017, Plaintiff filed the Petition to Show Cause Why Defendants Should not be Held in Contempt of Court. Docket No. 71. Although counsel for both parties have been in constant contact in an attempt to resolve this matter amicably, Judge Alonso instructed Defendants to file this response if the parties could not come to a resolution on or before September 25, 2017.[3]

### AVKO Compliance with Outstanding Wave3 Infringement Concerns

On or about September 20, 2017, Matt Grothouse, on behalf of Plaintiff, Wave 3 Learning, Inc. ("Wave 3"), proffered five concerns with Defendants' recent actions in alleged August 15, 2016 preliminary injunction the Court granted against AVKO.[4] On or about

---

[1] Counsel for both Parties have itemized the complicated and intertwined working relationship between the Parties in both the pleadings filed in the initial matter, Civil Action Number 15cv3393, along with the pleadings filed in this present matter.

[2] As of the date of this filing, Judge Alonso has not provided a ruling on Plaintiff's Motion for Summary Judgment. Written discovery has not yet been issued by either Party.

[3] As of the date of this filing, Defendants' counsel is waiting on a call back from Plaintiff's counsel due to travelling issues. In order to comply with Judge Alonso's order and create a clear record, Defendants submit this pleading in addition to fully expecting to resolve the matter directly between the Parties.

[4] 1) "Immediately cease selling or licensing any Sequential Spelling material Levels 1-7 (or variation or derivative thereof including DVD's) to any third party whatsoever;" 2) "cease representing to third parties that Wave [3] does not own an exclusive copyright license to Sequential Spelling material Levels 1-7 and any derivative thereof," 3) "cease representing to third parties that AVKO or any court of law has terminated Wave 3's exclusive license to the Sequential Spelling material as set forth in the February 24, 2016 Settlement Agreement between Wave 3 Learning,

2

September 20, 2017, after appearing in this Court in front of Judge Alonso, Mr. Grothouse confirmed that the **only** remaining concerns are as follows:

1. As of October 4, 2017, disparaging remarks remained on the AVKO website regarding Wave3 and its founder, Thomas Morrow. Mr. Cole, counsel for AVKO, proffered in open court to remove this information within forty-eight (48) hours. As of October 16, 2017, these disparaging remarks have been removed.

2. As of October 4, 2017, a disclaimer pursuant to the August 2016 order[5] required for Wave3 to be clarified as the exclusive distributor of Sequential Spelling materials. In addition, the contact information for Wave3 was required to be inserted. The disclaimer and contact information must be placed in any location on the AVKO website near or around the term "Sequential Spelling". Mr. Cole, counsel for AVKO, proffered in open court to remove this information within forty-eight (48) hours. As of October 16, 2017, all Sequential Spelling material has been removed from the AVKO website.

3. As of October 4, 2017, Wave3 expressed concern that *Teaching Reading via Sequential Spelling Patterns*, a title not available on the AVKO website but listed as "coming soon", may possess infringing material. The parties initially concerned regarding how to provide this text to Wave3 to determine if it was indeed infringing. Mr. Cole, counsel for AVKO, proffered in open court to remove this information within seven (7) days. As of October 16, 2017, AVKO has removed this title, along with the complete removal of all

---

Inc. and Avko Educational Foundation, Inc.," 4) "cease creating new inventory of Sequential Spelling material Levels 1-7 (and any variation thereof)," and 5) "add a disclaimer to AVKO's website next to any listing of Sequential Spelling materials indicating that Wave 3 has the exclusive license to sell and distribute such materials and all derivatives thereof, along with contact information for Wave 3."

[5] Docket No. 30.

Sequential Spelling material.

## CONCLUSION

WHEREFORE, Defendants respectfully request this Court dismiss Plaintiff's Petition. On or about October 4, 2017, counsel for both parties conferred outside of this Court in an effort to streamline the remaining concerns present in Plaintiff's Petition. Defendants allege that these concerns are resolved, rendering this Petition moot.

Date: October 16, 2017     Respectfully Submitted,

/s/Mason S. Cole

Mason Cole

Cole Sadkin, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
mcole@colesadkin.com
(312) 548-8610
*Counsel for Defendants*
Firm ID: 49001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2017 the foregoing

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S PETITION OF ENTRY FOR RULE TO SHOW CAUSE**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Plaintiff's counsel of record:

**Daliah Saper**
**Saper Law Offices, LLC**
**505 N. LaSalle Suite 350**
**Chicago, Illinois 60654**
**(312) 527-4100**
*Attorneys for Plaintiff.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.


/s/Mason S. Cole
Mason Cole