IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVKO EDUCATIONAL RESEARCH ) <br> FOUNDATION, INC. and DON MCCABE, ) <br> ) <br> Defendants. ) | Case No. 16 C 5643 <br><br> Judge Jorge L. Alonso |

## ORDER

This matter coming to be heard for hearing on Plaintiff's Petition for Entry of Rule to Show Cause, counsel for both parties being present, the Court having reviewed the pleadings and having heard argument, it is hereby ordered:

1. Plaintiff's Petition for Entry of Rule to Show Cause is granted;

2. Defendants are held in civil contempt for violating the Court's August 15, 2016 Order;

3. The Court is imposing a fee on Defendants for each day that they do not comply with the Court's August 15, 2016 Order. The fee shall be $6,000 per day for the first 5 days, $8,000 per day for the next 7 days, and $10,000 per day for the following 7 days unless or until Defendants are in compliance with the Court's August 15, 2016 Order;

4. Plaintiff is awarded attorneys' fees and costs incurred in preparing, filing, and appearing on the Petition for Entry of Rule to Show Cause. Further relief may be granted if Defendants remain in non-compliance with the August 15, 2016 Order; and,

5. Status is set for November 2, 2017 at 2:00 p.m.

SO ORDERED.                                            ENTERED: October 19, 2017

                                                                                      **HON. JORGE ALONSO**
                                                                                      **United States District Judge**