UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, | |
| Plaintiff, | |
| v. | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, | Judge Jorge L. Alonso |
| Defendant. | |

**PETITION FOR COSTS AND ATTORNEYS' FEES**

Plaintiff Wave 3 Learning, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby files this Petition for Costs and Attorneys' Fees related to Plaintiff's September 8, 2017 Motion to Show Cause, ECF No. 41. In support thereof, Plaintiff states as follows:

1. On September, 8, 2017, Plaintiff filed a *Petition to Show Cause Why Defendants Should Not Be Held In Contempt of Court* ("Plaintiff's Petition to Show Cause") as a result of Defendants' multiple violations of the Court's August 15, 2016 Preliminary Injunction Order (ECF. No. 30), which included vitriolic language on Defendants' website that casted doubt as to Plaintiff's rights to the "Sequential Spelling" material, the advertised sale of Sequential Spelling material, and the lack of the Court-ordered disclaimer that was supposed to accompany any listing of or reference to "Sequential Spelling" material. *See* ECF. No. 71.

2. On September 20, 2017, the Court held a hearing wherein the Court ordered Defendants to file a Response to Plaintiff's Petition to Show Cause and directed the parties to meet and confer to discuss Plaintiff's petition.

3. On October 4, 2017, the Court held another hearing wherein Plaintiff sustained it grievance that Defendants were still in violation of the Court's August 15, 2016 Preliminary

Injunction Order. The Court continued Plaintiff's Petition to Show Cause until October 19, 2017 so Defendants could rectify their purported violations. ECF No. 77.

4.      On October 19, 2017, the Court determined that Defendants were still in violation of the Court's August 15, 2016 Preliminary Injunction Order and accordingly granted Plaintiff's Motion to Show Cause. ECF No. 79. The Court set forth a fine schedule for violations going forward but in its discretion declined to backdate any fines for violations occurring before October 19, 2017. ECF No. 79. Further, the Court awarded Plaintiff's attorneys' fees and costs "incurred in preparing, filing, and appearing on the Petition for Entry of Rule to Show Cause" and stated that "[f]urther relief may be granted if Defendants remain in non-compliance with the August 15, 2016 Order." ECF No. 79. Finally, the Court set a status hearing for November 2, 2017. ECF No. 79.

5.      On November 2, 2017, the Court held a status hearing wherein it determined, and Defendants openly admitted to, Defendants' continued violation of the August 15, 2016 Preliminary Injunction Order. ECF No. 81. The Court fined Defendants for their twelve days of post-October 19, 2017 violations of the Court's August 15, 2016 Preliminary Injunction Order (Defendants' website was taken down for two days between October 19th and November 2nd wherein no violation occurred) in accordance with the fine schedule set forth in October 19, 2017 Order. ECF No. 81. The Court further awarded Plaintiff's costs and attorneys' fees incurred since October 19, 2017 and ordered Defendants to take down their website within 48 hours. ECF No. 81.

6.      Therefore, in accordance with the Court's November 2, 2017 Order, Plaintiff petitions the Court to use its discretion under FRCP 16(f) to order the $86,000 in fines ($6,000 x 5 days + $8,000 x 7 days) to be subtracted from/offset any remaining payment Plaintiff is

obligated to pay Avko Educational Research Foundation, Inc. under the terms of the February 24, 2016 Settlement Agreement. Additionally, Plaintiff petitions the Court for $9,752.00 in costs and attorneys' fees that Plaintiff incurred for 27.86 hours of legal work (including investigation, research, drafting, and hearing attendance and preparation) completed by Plaintiff's attorneys between September 2, 2017 and November 2, 2019. Plaintiff excludes the legal work completed after November 2, 2017. A proposed Order shall be submitted to the Court's proposed order email inbox at Proposed_Order_Alonso@ilnd.uscourts.gov and shall be further served on all of the parties in the case.

Dated: November 20, 2017                                  Respectfully submitted,

                                                          /s/ Matthew R. Grothouse
                                                          Matthew R. Grothouse
                                                          Saper Law Offices, LLC
                                                          505 North LaSalle, Suite 350
                                                          Chicago, IL 60654
                                                          Phone: (312) 527-4100
                                                          ARDC No.: 6134834
                                                          matt@saperlaw.com

                                                          *Attorney for Plaintiff.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2017 the foregoing

**PETITION FOR COSTS AND ATTORNEYS FEES**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Defendant's counsel of record.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Matthew R. Grothouse
Matthew R. Grothouse