**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WAVE 3 LEARNING, INC., a Nevada
corporation,

          Plaintiff,

        v.

AVKO EDUCATIONAL RESEARCH
FOUNDATION, INC., a Michigan corporation,

          Defendant.

No. 16-cv-5643

Judge Jorge L. Alonso

**ORDER**

This matter coming to be heard for hearing on Plaintiff's Petition for Entry of Rule to Show Cause filed on December 12, 2017 [87], counsel for both parties being present, the Court having reviewed the pleadings and having heard argument, it is hereby ordered:

1. Plaintiff's Petition for Entry of Rule to Show Cause is granted in part;

2. Defendants are held in civil contempt for violating the Court's August 15, 2016 Order and the Court's Order given to Defendants in open court during the November 2, 2017 hearing;

3. Defendants must take down the website www.avko.org by Friday, January 19, 2018. Defendants must give their attorney, as well as Plaintiff's attorney, the opportunity to review the website and confirm the website is compliant with the Court's Orders before the website can again go live.

4. Starting on January 20, 2018, the Court will impose a fee on Defendants for each day they do not comply with the Court's August 15, 2016 Order and November 2, 2017 Order. The fee shall be $6,000 per day for the first 5 days, $8,000 per day for the next 7 days, and $10,000 per day after that unless or until Defendants are in compliance with the Court's August 15, 2016 Order and the Court's November 2, 2017 Order;

5. Plaintiff is awarded attorneys' fees and costs incurred in preparing, filing, and appearing on the Petition for Entry of Rule to Show Cause in the amount of $3,055.50. Further relief may be granted if Defendants remain in non-compliance with the August 15, 2016 Order the November 2, 2017 Order, and this Order; and,

6. Status is set for 2/21/18 at 9:30 a.m.

**SO ORDERED.**

**ENTERED: January 19, 2018**



_____

**HON. JORGE ALONSO**
**United States District Judge**

2