UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual,<br><br>Defendants. | No. 16-cv-5643<br><br>Hon. Jorge L. Alonso |

**DECLARATION OF THOMAS MORROW IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Thomas Morrow, declare as follows:

1. I am the founder and President of Wave 3 Learning, Inc, the Plaintiff in the above-captioned case. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2. Attached to Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment ("Plaintiff's Response") as **Exhibit 2** are true and correct copies of the emails sent between myself and Defendant Don McCabe in late February and early March regarding approval of Plaintiff's revised version of the Level 1 Sequential Spelling Teacher Guide.

3. Attached to Plaintiff's Response as **Exhibit 3** is a true and correct copy of the email that I sent in March of 2016, relaying information to my attorneys about Paul Holtz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed on February 15, 2018 in Chicago, Illinois.

_____
Thomas Morrow