### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual, | ) ) ) ) | Hon. Jorge L. Alonso |
| Defendants. | ) ) | |

### **PLAINTIFF'S MOTION FOR STATUS HEARING**

Plaintiff, WAVE 3 LEARNING, INC. ("Plaintiff" or "Wave 3"), by and through its undersigned counsel, respectfully moves this Court for a status hearing to address Defendants' failure to pay Plaintiff's costs and attorneys' fees. In support of this Motion, Plaintiff states as follows:

1. The Court awarded Plaintiff its costs and attorneys' fees on two separate occasions: December 19, 2017 (ECF No. 92) and January 19, 2018 (ECF No. 99).

2. Plaintiff's counsel has reached out to Defendant's counsel more than a half-dozen times to ask about the status of Defendants' payment of the Court-awarded costs and attorneys' fees.

3. Defendants' counsel ignored Plaintiff counsel's email on the subject more than once.

4. Plaintiff even offered to negotiate a payment plan with Defendants; however, Defendants' counsel communicated to Plaintiff's counsel that Defendants are not interested in talking about a payment plan.

5. To date, Defendants have not paid a dollar of the Court-ordered costs and attorney's fees, and they have given no indication that they intend to abide by the Court's Orders.

6. Defendants should submit a payment plan to the Court at the status hearing.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this honorable Court grant Plaintiff's Motion for a Status Hearing.

Respectfully submitted,

Date: February 22, 2018

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Chicago, Illinois 60654
Attorney No. 6314834
matt@saperlaw.com
(312) 527-4100

*Attorneys for Plaintiff.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2018 the foregoing

**PLAINTIFF'S MOTION FOR STATUS HEARING**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Defendants' counsel of record:

Mason Cole
Cole Sadkin, LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
www.colesadkin.com
(312) 548-8610
mcole@colesadkin.com

*Attorneys for Defendants.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 North LaSalle, Suite 350
Chicago, IL 60654
matt@saperlaw.com
(312) 527-4100

*Plaintiff's Attorneys.*
