# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Wave 3 Learning, Inc.

                                Plaintiff,

v.

Case No.: 1:16−cv−05643

Honorable Jorge L. Alonso

AVKO Educational Research Foundation, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 1, 2018:

       MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Plaintiff's motion for hearing [109] is granted. Status hearing remains set for 5/31/18 at 9:30 a.m. Notices mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.