THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual <br><br> Defendant. | No. 16-cv-5643 <br><br><br> Hon. Jorge L. Alonso |

**CORRECTED MOTION (PETITION) FOR ENTRY OF RULE TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Plaintiff, WAVE 3 LEARNING, INC. (hereinafter "Wave 3"), by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 70 and Northern District of Illinois Local Rules 37.1 and 77.2, hereby moves that this Court find Defendants AVKO EDUCATIONAL RESEARCH FOUNDATION, INC. ("Avko") and DON MCCABE ("McCabe") (collectively, Defendants"), in civil contempt of court based on their clear and direct violation of the Court's Order to pay Plaintiff's costs and attorneys' arising out of Defendants' clear and direct violation of the Court's December 19, 2017 Order (ECF No. 92) and January 19, 2018 Order (ECF No. 99). *See* ECF No. 116. In support thereof, Plaintiff states as follows:

**I.      Legal Standard**

A court's civil contempt power rests in its inherent authority to enforce compliance with court orders and ensure that judicial proceedings are conducted in an orderly manner. *Oxford Capital Ill., LLC v. Sterling Payroll Fin., LLC*, No. 01 C 1173, 2001 U.S. Dist. LEXIS 19246, 2001 WL 1491521, *3 (N.D. Ill. Nov. 26, 2001) (citing *Jones v. Lincoln Elec. Co.*, 188 F.3d 709,

737 (7th Cir. 1999)). Courts have broad discretion to enforce compliance with Court orders. *Grove Fresh*, 888 F. Supp. at 1436.

## II. ARGUMENT

In direct violation of the Court's April 3, 2018 Order (ECF No. 116), December 19, 2017 Order (ECF No. 92), and January 19, 2018 Order (ECF No. 99), Defendants have not paid Plaintiff's costs and attorneys' fees. Neither of the Defendants have declared bankruptcy, nor did either of the Defendants make a good-faith effort to enter into a payment plan with Plaintiff.

Instead, Defendant Avko Educational Research Foundation, Inc. unlawfully transferred numerous assets out of the company, Defendant McCabe unlawfully transferred assets from himself to his wife and other undisclosed third parties, after which both Defendants informed Plaintiff they would only be able to afford a check of $10. By the Court-ordered deadline of May 1, 2018, Defendants paid exactly $0 to Plaintiff.

Defendants' actions clearly violate the plain terms of the Court's April 3rd Order. Accordingly, the Court should exercise its authority and discretion to enforce court orders by holding Defendants in contempt and ordering Defendants to produce all financial documents and communications, including documents and communications relating to any and all asset transfers, bank accounts, and income sources, to Court by May 21, 2018.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter the following relief against Defendants:

(1) Hold Defendants in civil contempt for violating the Court's April 3, 2018 Order;

(2) Order Defendants to produce all financial documents and communications from the past three years, including documents and communications relating to any and all asset transfers, bank accounts, and income sources, by May 21, 2018.

(3) Order Defendants to pay Plaintiff the Court-Ordered costs and attorneys' fees;

3

(4) Award Plaintiff its attorney's fees and costs incurred in making this motion; and

(5) Grant any and all other relief deemed justified by the Court.

    Respectfully Submitted,

    /s/ Matthew R. Grothouse
    Matthew R. Grothouse
    Saper Law Offices, LLC
    505 N. LaSalle, Suite 350
    Chicago, IL 60654
    Office: 312.527.4100
    matt@saperlaw.com

*Attorneys for Plaintiff*

The undersigned hereby certifies that on May 3, 2018 the foregoing

**CORRECTED MOTION (PETITION) FOR ENTRY OF RULE TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF COURT**

was filed with the Clerk of Court using the CM/ECF system and sent to Defendants electronically via the following email addresses:

Don McCabe: donmccabe1@gmail.com
Avko Educational Research Foundation, Inc.: robertM195@aol.com; donmccabe1@gmail.com

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, IL 60654
Office: 312.527.4100
matt@saperlaw.com

*Attorneys for Plaintiff*