THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation,<br><br>                Plaintiff,<br><br>       v.<br><br>AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual<br><br>                Defendant. | No. 16-cv-5643<br><br>Hon. Jorge L. Alonso |

**PLAINTIFF'S RESPONSE TO DEFENDANT DONALD J. MCCABE'S EMERGENCY REQUEST FOR IMMEDIATE ENFORCEMENT OF PAYMENT PROVISIONS OF THE FEBRUARY 24, 2016 SETTLEMENT AGREEMENT**

Plaintiff, WAVE 3 LEARNING, INC. (hereinafter "Plaintiff" or "Wave 3"), by and through its undersigned counsel, hereby submits this Response to Defendant Donald J. McCabe's bad-faith emergency request. In support thereof, Plaintiff states as follows:

**Brief Background**

1. On April 25, 2018, Defendant Donald J. McCabe sent an email to Plaintiff's counsel, demanding that Plaintiff pay certain settlement installments and royalties set forth in the February 24, 2016 settlement agreement between the parties in the above-captioned lawsuit ("the Settlement Agreement"). *See* Exhibit 1.

2. In response Plaintiff's attorney promptly informed Defendant McCabe that the Court offset $45,000 and $86,000 (a combined $131,000) worth of Plaintiff's payments under the Settlement Agreement as the result of Defendants being held in contempt multiple times. *See* Exhibit 1 (citing ECF Nos. 31, 92). Therefore, Plaintiff was not obligated

to pay the second or third payment installments and has not had to pay any additional royalties under the Settlement Agreement.

3. To date, only $57,383.94 of the total $130,000 offset has transpired, leaving over $70,000 of offsets remaining.

4. Despite Plaintiff's attorney clear explanation regarding the offset to Defendant McCabe in April of this year, Defendant McCabe nonetheless filed an emergency request, asking the Court for a remedy it cannot grant at this stage in litigation, based on facts that are not true, for an issue that was already addressed. Additionally, along with his emergency request, Defendant McCabe refiled his Answer that the Court already denied Defendant McCabe permission to file.

5. For the reasons stated above, the Court should deny Defendant McCabe's improper and frivolous emergency request.

**WHEREFORE**, Plaintiff respectfully requests this Court deny Defendant McCabe's emergency request and warn Defendant McCabe not to make any frivolous filings going forward.

Respectfully Submitted,

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, IL 60654
Office: 312.527.4100
matt@saperlaw.com

*Attorneys for Plaintiff*

The undersigned hereby certifies that on June 18, 2018 the foregoing

**PLAINTIFF'S RESPONSE TO DEFENDANT DONAL J. MCCABE'S EMERGENCY REQUEST FOR IMMEDIATE ENFORCEMENT OF PAYMENT PROVISIONS OF THE FEBRUARY 24, 2016 SETTLEMENT AGREEMENT**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Defendant McCabe, who, based on information and belief, now receives CM-ECF notifications. Additionally, Plaintiff sent the Motion to Defendant McCabe's email address at donmccabe1@gmail.com.

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 North LaSalle, Suite 350
Chicago, Illinois 60654
ds@saperlaw.com
(312) 527-4100

*Attorneys for Plaintiff*