UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Wave 3 Learning, Inc.

          Plaintiff,

v.

AVKO Educational Research Foundation, Inc., et al.

          Defendant.

Case No.: 1:16−cv−05643

Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 30, 2018:

    MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 9/11/18 at 9:00 a.m. Motion hearing held. Defendants failed to appear. For the reasons stated on the record, Defendants' motions for immediate enforcement of payment provisions of the February 24, 2016 settlement agreement [133] and for immediate sanction of attorneys Dahlia Saper Matthew Grothouse, Mason Cole, Adam Wolek and Brian Noack [139] are denied. Plaintiff's motions for entry of rule to show cause [125] and [136] are entered and continued to 9/11/18 at 9:00 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.