UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
SEP 14 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada Corporation, ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan 501(C)3 Non Profit Corporation and Donald J. McCabe, an individual ) <br> ) <br> *Defendant* ) | Civil Case No.: 2016-cv-05643 <br><br> Judge Jorge L. Alonso |

### DEFENDANT DONALD J. MCCABE'S REQUEST FOR CORRECTION OF MISLEADING STATEMENTS IN DOCUMENT 141

#### NATURE OF THE ACTION

As it is possible the misleading statements in document 141 were the result of accidental clerical errors involving cut and paste, I would like to suggest that the following corrections that are in red be made.

**MEMORANDUM Opinion and Order. Plaintiff's motion for partial summary judgment is granted in that defendants breached the Settlement Agreement when they (1) sold Levels 2-7 of the Sequential Spelling products (Teacher Guides and Response Books) "to individuals and not distributors" after February 24, 2016 until ordered by Judge Zagel not to do so; (2) sold Level 1 Sequential Spelling Teacher Guides "to individuals and not distributors" after April 15, 2016 until ordered by Judge Zagel not to do so; (3) failed to remit any royalties from their sale of the Level 1 Sequential Spelling Teacher Guide from February 24, 2016 through April 15, 2016 until ordered by Judge Zagel to do so and defendant further complied with the order to ship to Wave 3 its entire Sequential Spelling Inventory valued at over $80,000 retail value; (4) refused to remit any royalties they have received from JJH Publishing for the sale of Levels 1-7 of the Sequential Spelling DVDs; and (5) unreasonably withheld authorization of "The Materials at**

Issue" none of which were given to AVKO for review. The motion is otherwise denied. Status remains set at August 30, 2018 at 9:30 a.m. The parties shall be prepared to discuss the next steps in this case as well as the prove-up of damages and fees in accordance with this decision and paragraph 10.1 of the Settlement Agreement. Signed by the Honorable Jorge L. Alonso on 8/29/2018. Notices mailed by judge's staff(ntf, )

Certificate of Service

The undersigned hereby certifies that on September 10, 2018 the foregoing

**DEFENDANT DONALD J. MCCABE'S
REQUEST
FOR CORRECTION OF MISLEADING STATEMENTS
IN DOCUMENT 141**

was sent to be filed with the Clerk of Court through the United States Postal Service. The Clerk will then send a notification of such filings to Plaintiff's Counsel of Record,

Matt Grothouse
Saper Law Offices, LLD
505 N. LaSalle, Suite 350
Chicago, IL 60054
(312) 527 4120

I certify that only the Counsel for the Plaintiff is a member of the CM/ECF.

I can be reached at DonMcCabe1@gmail.com

by telephone (810) 686-9281

by mail at PO Box 121, Clio, MI 48420

I further certify that I have personally emailed the Plaintiff's Counsel a copy of this document.

Donald J. McCabe

Sept 10, 2018