FILED
SEP 24 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2018 SEP 24 PM 12:09
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada Corporation, <br><br> *Plaintiff* <br><br> v. <br><br> AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan 501(C)3 Non Profit Corporation and Donald J. McCabe, an individual <br><br> *Defendant* | Civil Case No.: 2016-cv-05643 <br><br> Judge Jorge L. Alonso |

### DEFENDANT DONALD J. MCCABE'S
### MOTION FOR THE COURT TO RECONSIDER ITS RULING ON THE
### PARTIAL SUMMARY JUDGMENT MOTION BY WAVE 3.

### NATURE OF THE ACTION

As **I am personally** accused by the Plaintiff of violating the Settlement Agreement by unreasonab ly withholding approval of the fourteen listed books and as the Settlement Agreement demands that copies of all fourteen books be presented and as Wave 3 did not send a single copy of any of the fourteen books for me to approve, I cannot conceive how the court can defend its ruling that I violated the Settlement Agreement by unreasonably withholding approval of the fourteen books all of which are derivatives of my Sequential Spelling series 1-7 and its single Student Response Book (eight books in total).

Certificate of Service

The undersigned hereby certifies that on September 19, 2018 the foregoing

**DEFENDANT DONALD J. MCCABE'S
MOTION FOR THE COURT TO RECONSIDER ITS RULING ON THE
PARTIAL SUMMARY JUDGMENT MOTION BY WAVE 3.**

was sent to be filed with the Clerk of Court through the United States Postal Service. The Clerk will then send a notification of such filings to Plaintiff's Counsel of Record,

Matt Grothouse
Saper Law Offices, LLD
505 N. LaSalle, Suite 350
Chicago, IL 60054
(312) 527 4120

I certify that only the Counsel for the Plaintiff is a member of the CM/ECF.

I can be reached at DonMcCabe1@gmail.com

**by telephone (989) 392 9450**

**by mail at PO Box 121, Clio, MI 48420**

I further certify that I have personally emailed the Plaintiff's Counsel a copy of this document.

Donald J. McCabe

Sept 19, 2018