**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, | |
| Plaintiff, | |
| v. | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual | Hon. Jorge L. Alonso |
| Defendant. | |

## MOTION FOR PROVE-UP HEARING AND DAMAGES

Plaintiff, by and through its undersigned counsel, hereby move the Court to hold and conduct a prove-up hearing in order to establish damages related to those claims of Plaintiff's First Amended Complaint for which the Court granted summary judgment in favor of Plaintiff. Specifically, Plaintiff moves to establish damages for Counts I, II, IX, and X, for which the Court found Defendants liable.

### ARGUMENT

1. On August 29, 2018, the Court granted Plaintiff's Motion for Summary Judgment on Counts I, II, IX, and X of Plaintiff's First Amended Complaint. *See* ECF No. 141.

2. The Court then instructed Plaintiff to prepare for prove-up of damages and fees in accordance with Paragraph 10.1 of the Parties settlement agreement.

3. Below is a calculation of those damages and fees.

### Damages

4. The 2016 Settlement Agreement between the Parties reasonably contemplated that Plaintiff Wave 3 Learning, Inc.—unencumbered and free to exploit its exclusive license—would generate revenues of approximately $150,000 in 2016, $225,000 in 2017, $250,000 in 2018, and $300,000 from 2020 and beyond. *See* Exhibit 1, ¶ 5.

5. For fiscal year 2016, due to Defendants' breaches of contract, failure to remit licensing royalties, and unreasonable denial of approval, Plaintiff Wave 3 Learning, Inc. only generated $45,195; in 2017, it generated $82,532.19 in 2017; and in 2018, it reasonably projects to generate only $90,000.

6. Defendants' tortious conduct has not only stolen consumers away from Plaintiff, it has caused consumers to recently and *permanently* seek out their spelling educational needs from other competitors.

7. Consequently, the lost revenue resulting from Defendants' liable conduct was approximately $142,500 in 2017; a projected $160,000 in 2018; and will be a reasonably estimated $200,000 over the next five years.

8. Accordingly, total  lost revenue amounts to $1,310,000.

9. Ordinarily, Plaintiff earns approximately 25% off the materials at issue.  This amount to $327,500 in total lost profits.

### Costs/Attorneys' Fees

10. Plaintiff has also incurred $161,263.80 in costs and legal fees during the pendency of this lawsuit.  Because Plaintiff prevailed on the four aforementioned counts, Plaintiff is entitled to collect from Defendants its reasonable costs and attorneys' fees in accordance with of the Parties' 2017 settlement agreement.  *See* Exhibit 1, ¶ 10.1.

11. Overall, therefore, damages in the above-captioned case resulting from Defendants' liable conduct amounts to $488,763.80.

### CONCLUSION

Wherefore, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for a Prove-Up Hearing and for Damages and that the Court award Plaintiff $488,763.80 in damages and attorneys' fees and costs.

Respectfully Submitted,

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, IL 60654

Office: 312.527.4100
matt@saperlaw.com

*Attorneys for Plaintiff*.

3

The undersigned hereby certifies that on October 1, 2018 the foregoing

**MOTION FOR PROVE-UP HEARING AND DAMAGES**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Defendant McCabe, who, based on information and belief, now receives CM-ECF notifications. Additionally, Plaintiff sent the Motion to Defendant McCabe's email address at donmccabe1@gmail.com.

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 North LaSalle, Suite 350
Chicago, Illinois 60654
ds@saperlaw.com
(312) 527-4100

*Attorneys for Plaintiff*