# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, ) ) ) | Hon. Jorge L. Alonso |
| Defendant. ) | |

## NOTICE OF PLAINTIFF'S MOTION FOR PROVE-UP HEARING AND DAMAGES

PLEASE TAKE NOTICE that on **Tuesday, October 9, 2018 at 9:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Jorge L. Alonso or any judge sitting in his stead in Courtroom 1219 of the U.S. District Court of the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present the Motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2018 the foregoing

**NOTICE OF PLAINTIFF'S MOTION PROVE-UP HEARING AND DAMAGES**

was filed with the Clerk of Court using the CM/ECF system and emailed to Don McCabe at donmccabe1@gmail.com and Robert McCabe at RobertM195@aol.com.

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
ds@saperlaw.com
(312) 527-4100

*Attorneys for Plaintiff.*