## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | No. 16-cv-5643 |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and Donald J. McCabe, an individual, | ) ) ) ) | Hon. Jorge L. Alonso |
| *Defendants.* | ) | |

## STATUS REPORT

On August 29, 2018, the Court granted Plaintiff's Motion for Partial Summary Judgment for Counts I, II, IX, and X of Plaintiff's First Amended Complaint. *See* ECF No. 141. Plaintiff hereby files this Status Report to provide the Court with an outline of its plan for the future of this case.

**I.    NATURE OF THE CASE**

1. This case arises from Defendants' multiple breaches of a settlement agreement between the Parties.

2. In 2016, the Court granted Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunction.

3. On January 25, 2018, Plaintiff filed a Motion for Partial Summary Judgment as to Counts I, II, IX, and X.

4. On August 29, 2018, the Court granted Plaintiff's Motion for Partial Summary Judgment as to Counts I, II, IX, and X of Plaintiff's First Amended Complaint. *See* ECF No. 141.

5. Plaintiff has since filed a motion for a prove-up hearing to establish damages in connection with those Counts.

6. However, remaining are Counts III-VIII and XI-XVI (for unjust enrichment, tortious interference, Illinois common law unfair competition, deceptive trade practices, fraud, and punitive damages).

**II. CASE GOING FORWARD**

7. Plaintiff believes that Defendants' actions both before and since the filing of its First Amended Complaint gives rise to the aforementioned causes of action.

8. Moreover, Defendants' fraudulent transfers, and a third parties' involvement in those transfers, gives rise to still other causes of action.

9 Nevertheless, Plaintiff wishes to close out this litigation as promptly as possible.

10. Therefore, Plaintiff has filed a Motion for a Prove-Up Hearing and Damages as well as a Motion for Financial Records (ECF Nos. 150-153) to finalize the Court's granting of summary judgment and to discover where Defendants transferred Defendant Avko's assets so that Plaintiff can determine whether or not to simply dismiss the remaining Counts of its First Amended Complaint and end the case, or to file a Second Amended Complaint.

Respectfully Admitted,

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle, Ste. 350; Chicago, IL 60654
Office: 312.527.4100
matt@saperlaw.com

*Attorneys for Plaintiff.*

The undersigned hereby certifies that on October 1, 2018 the foregoing

**STATUS REPORT**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Defendant McCabe, who, based on information and belief, now receives CM-ECF notifications. Additionally, Plaintiff sent the Motion to Defendant McCabe's email address at donmccabe1@gmail.com.

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Att. No. 6314834
Saper Law Offices, LLC
505 North LaSalle, Suite 350
Chicago, Illinois 60654
ds@saperlaw.com
(312) 527-4100

*Attorneys for Plaintiff*