THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan corporation, and DON MCCABE, an individual<br><br>                Defendant. | No. 16-cv-5643<br><br>Hon. Jorge L. Alonso |

## JUDGMENT ORDER

This Court hereby enters judgment against Defendants Avko Educational Research Foundation, Inc. and Don McCabe, jointly and severally, in the amount of $327,500 in damages, $1,154.67 in reasonable costs incurred by Plaintiff during the course of the litigation, and $61,453.53 in reasonable attorney's fees incurred by Plaintiff during the course of the litigation for a total of $390,108.20.

ENTERED:

12/21/18

                                                          Jorge L. Alonso
                                                          United States District Judge